**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1248**

———————

HY THI NGUYEN,

Plaintiff - Appellant,

versus

JOHN H. DALTON, Secretary, Department of the
Navy,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-97-657-2, MISC-97-40-2)

———————

Submitted:  May 14, 1998                    Decided:  May 27, 1998

———————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Hy Thi Nguyen, Appellant Pro Se.  George Maralan Kelly, III, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Defendant's motion for summary judgment on her complaint alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nguyen v. Dalton</u>, Nos. CA-97-657-2; MISC-97-40-2 (E.D. Va. Feb. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>